```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 18-03592-RNO
Avis I. Reid                                                  Chapter 7
         Debtor              CERTIFICATE OF NOTICE
```

District/off: 0314-1           User: admin              Page 1 of 1             Date Rcvd: Dec 06, 2018
                               Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db             +Avis I. Reid,    1510 Spring Knoll Court,    Harrisburg, PA 17111-6815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2018 at the address(es) listed below:
              Eugene E. Pepinsky, Jr.    on behalf of Attorney    BELCO COMMUNITY CREDIT UNION
               epepinsky@keeferwood.com
              Gary J Imblum    on behalf of Debtor 1 Avis I. Reid gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Avis I. Reid,  
**Debtor 1**

Chapter 7

Case No. 1:18–bk–03592–RNO

Social Security No.: xxx–xx–1700

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: December 5, 2018

BY THE COURT  
By the Court,

*[signature]*

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)